**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,           : No. 82 EAL 2020
                                        :
                        Respondent      :
                                        :
                                        : Petition for Allowance of Appeal
                                        : from the Order of the Superior Court
                v.                      :
                                        :
                                        :
DUANE JONES,                            :
                                        :
                        Petitioner      :

## ORDER

**PER CURIAM**

     **AND NOW**, this 1st day of September, 2020, the Petition for Allowance of Appeal is **DENIED**.